UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA     Plaintiff,     v. LUIS MANUEL JIMENEZ QUINTERO (2),     Defendant. | Case No. 12-cr-4417-CAB JUDGMENT AND ORDER OF DISMISSAL OF INDICTMENT AND RECALL ARREST WARRANT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above entitled case be dismissed without prejudice as to this individual and the Arrest Warrant shall be recalled.

IT IS SO ORDERED.

DATED: April 16, 2020

HON. CATHY ANN BENCIVENGO
United States District Court Judge